**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case Number:** |
| | ) | |
| **JOHN ADAM KOZAK,** | ) | |
| | ) | **24-04051-5-PWM** |
| | ) | |
| | ) | |
| **DEBTOR** | ) | **Chapter 7** |
| | ) | |
| **BRIAN C. BEHR,** | ) | |
| **BANKRUPTCY ADMINISTRATOR** | ) | |
| **E.D.N.C.** | ) | |
| | ) | |
| **PLAINTIFF** | ) | **ADVERSARY PROCEEDING** |
| | ) | **NO:  25-00158-5-PWM** |
| **v.** | ) | |
| | ) | |
| **JOHN ADAM KOZAK,** | ) | |
| | ) | |
| | ) | |
| **DEFENDANT** | ) | |

---

### PLAINTIFF, BANKRUPTCY ADMINISTRATOR'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Scheduling Order, Plaintiff, U.S. Bankruptcy Administrator ("BA"), by and through undersigned counsel, makes the following initial disclosures to the Defendant in the above-referenced adversary proceeding. These disclosures are based on information presently known and reasonably available to the Plaintiff and which the Plaintiff reasonably believes he may use in support of his claims. Continuing investigation and discovery may cause the Plaintiff to amend these initial disclosures, including by identifying other potential witnesses, documents and by disclosing other pertinent information. The Plaintiff therefore reserves the right to supplement these initial disclosures.

By providing these initial disclosures, the Plaintiff does not represent that he is identifying every document, tangible thing, or witness possibly relevant to this action. In addition, these disclosures are made without the Plaintiff in any way waiving his right to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden, confidentiality, or any other appropriate grounds. Furthermore, these disclosures are not an admission by the Plaintiff regarding any matter.

Each and every disclosure set forth below is subject to the above qualifications and limitations.

I.     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT THE PLAINTIFF'S CLAIMS:

John Adam Kozak
308 Arborhill Lane
Holly Springs, NC 27540

Information Includes: Full knowledge of the claims.

II.    CATEGORIES AND LOCATION OF DOCUMENTS:

Documents relating to the Defendant's bankruptcy filings. All documents are publicly available via the United States Court's PACER system.

Documents, transcripts and audio/visual recordings related to the Fed. R. Bankr. P. 2004 and/or depositions previously conducted in the case.

Documents related to financial accounts in which the Plaintiff has an interest.  The Plaintiff has in his possession documents previously produced by the Defendant either voluntarily or pursuant to Fed. R. Bankr. P. 2004.

The Plaintiff may issue additional subpoenas to which the Defendant will receive notice.  Upon the Defendant's request, it is the intent of the Plaintiff to provide copies of all documents produced, with the exception of such documents that will be solely used for the purposes of impeachment.

III.   COMPUTATION OF DAMAGES:

This disclosure is not applicable to this action. The Plaintiff does not seek monetary damages from the Defendant.  This is an action to revoke the Defendant's discharge pursuant to 11 U.S.C. § 727.

IV.    INSURANCE:

This disclosure is not applicable to this action.  The BA does not seek monetary damages from the Defendant, accordingly there is no insurance business that would be liable to satisfy the judgment.

Dated: January 15, 2026.

BRIAN C. BEHR,
US BANKRUPTCY ADMINISTRATOR – EDNC

By: /s/ Kirstin E. Gardner
Kirstin E. Gardner
Staff Attorney
NC Bar #52144
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601
(919) 334-3889
Kirstin_gardner@nceba.uscourts.gov

## CERTIFICATE OF SERVICE

I, Kimberly D. Summerlin, of 434 Fayetteville Street, Suite 640, Raleigh, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18)

That on this day, I served copies of the foregoing document on the following by:

Algernon L. Butler                                 via CM/ECF
Attorney for the Trustee

John Adam Kozak                              via U.S. Mail
308 Arborhill Lane
Holly Springs, NC 27540

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 15th January 2026.


By: /s/Kimberly D. Summerlin
Kimberly D. Summerlin
Bankruptcy Analyst
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601